UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

F I L E D
AUG 1 1 2006
CLERK'S OFFICE
DETROIT

No: 05-1669

99 73442

Filed: August 9, 2006

WESTSIDE MOTHERS, a Michigan Welfare Rights Organization; FAMILIES ON THE MOVE, INCORPORATED; AMERICAN ACADEMY OF PEDIATRICS, Michigan Chapter; AMERICAN ACADEMY OF PEDIATRIC DENTISTS, Michigan Chapter; K.E., by her next friend, Tina E.; JA.E., by her next friend, Deana H.; JE.E., by her next friend, Deana H.; J.C., by his next friend, Monica C.; J.T., by his next friend, Veda T.

       Plaintiffs - Appellants

v.

JANET OLSZEWSKI, Director, Michigan Department of Community Health et al.

       Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 7/17/06 the mandate for this case hereby issues today.

A True Copy.

Attest:

_____
Deputy Clerk

COSTS: NONE

Filing Fee ..........$
Printing ............$
    Total ........$

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

…RD GREEN  
CLERK

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

DIANE KUNTZ  
(513) 564-7014  
(FAX) 564-7096  
www.ca6.uscourts.gov

Filed: August 9, 2006

David J. Weaver  
Eastern District of Michigan at Detroit  
231 W. Lafayette Boulevard  
Fifth Floor Theodore Levin U.S. Courthouse  
Detroit, MI 48226



FILED  
AUG 1 1 2006  
CLERK'S OFFICE  
DETROIT

RE: 05-1669  
Westside Mothers vs. Olszewski  
District Court No. 99-73442

Enclosed is a copy of the mandate filed in this case. The certified record was never sent to this Court on appeal.

Very truly yours,  
Leonard Green, Clerk

(Ms.) Diane Kuntz  
Case Manager

cc:  
Honorable Robert H. Cleland  
Ms. Jennifer R. Clarke  
Mr. Arnon D. Siegel  
Mr. Morris J. Klau