**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WESTSIDE MOTHERS,

    Plaintiff,

v.                                                          Case No. 99-CV-73442-DT

JANET OLSZEWSKI, DIRECTOR OF THE
STATE OF MICHIGAN DEPARTMENT OF
COMMUNITY HEALTH, et al.,

    Defendants.
                                                        /

**ORDER CONTINUING STAY AND SETTING TELEPHONE CONFERENCE**

On January 5, 2007, the court held a telephone conference with counsel representing the parties in the above-captioned matter. Prior to the conference, the parties presented the court with a joint letter outlining the diligent efforts which had been expended to reach an amicable resolution to this matter and requesting an additional three months to continue their discussions. As expressed during the conference, the court is satisfied that the parties have used their time productively and an additional three months is warranted. Accordingly,

IT IS ORDERED that the October 25, 2006 stay is CONTINUED until further order to allow the parties additional time to pursue settlement negotiations. The parties are instructed to notify the court immediately if they have reached a complete resolution to this matter or if their negotiations have halted. Attorney Richard Berkman is INSTRUCTED to send the court's case manager informal month-end status reports, via email or facsimile, briefly updating the court as to the general steps that the parties have taken that month.

IT IS FURTHER ORDERED that the court will conduct a telephone conference on **April 9, 2007 at 2:00 p.m.** to determine the status of the case. Attorney Richard Berkman is INSTRUCTED to send the court a detailed joint letter by **April 5, 2007**, similar to the one submitted to the court on January 4, 2007, setting forth the status of the settlement negotiations and suggesting a tentative future schedule. The letter should also include the telephone numbers of all the participants of the April 9, 2007 telephone conference.

       S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated:  January 8, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 8, 2007, by electronic and/or ordinary mail.

       S/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522