**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WESTSIDE MOTHERS,

    Plaintiff,

v.                                                                Case No. 99-CV-73442-DT

JANET OLSZEWSKI, DIRECTOR OF THE
STATE OF MICHIGAN DEPARTMENT OF
COMMUNITY HEALTH, et al.,

    Defendants.
                                             /

**ORDER CONTINUING STAY AND SETTING DEADLINES**

On June 5, 2007, the court held a telephone conference in the above-captioned matter. Prior to the conference, the parties presented the court with a joint letter outlining the efforts which had been expended to reach an amicable resolution to this matter and requesting an additional sixty days to finalize their discussions. During the conference, counsel indicated that there were two stages left in their negotiations. First, counsel had to circulate and agree upon a final version of the settlement documents and, second, counsel needed to obtain final client-approval. Both stages are expected to take approximately one month each. As expressed during the conference, the court will allow the parties until July 31, 2007 to finalize their negotiations. Accordingly,

IT IS ORDERED that the October 25, 2006 stay is CONTINUED until **July 31, 2007** to allow the parties additional time to pursue settlement negotiations. The parties are instructed to notify the court immediately if they have reached a complete resolution to this matter or if their negotiations have halted. If no stipulated order of dismissal is presented to the court by July 31, 2007, then Defendants shall file an answer or

responsive pleading to Plaintiffs' October 11, 2006 amended complaint by **August 14, 2007**.

IT IS FURTHER ORDERED that Attorney Richard Berkman is INSTRUCTED to send the court a detailed joint letter by **June 30, 2007**, setting forth the status of the settlement negotiations, including whether counsel, as expected, have finalized the settlement document and have presented the document to their clients.


      S/Robert H. Cleland  
      ROBERT H. CLELAND  
      UNITED STATES DISTRICT JUDGE

Dated: June 6, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 6, 2007, by electronic and/or ordinary mail.

      S/Lisa Wagner  
      Case Manager and Deputy Clerk  
      (313) 234-5522