# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Westside Mothers, Families on the Move, Inc., Michigan Chapter, American Academy of Pediatrics, Michigan Chapter, American Academy of Pediatric Dentists, and Ky. L., by his next friend Patricia L., Ka. L., by her next friend Patricia L., K. C., by her next friend Zina C., S. J., by her next friend Nicole J., M. J., by her next friend Nicole J., Dh. W., by her next friend Dawn W., El. W., by her next friend Dawn W., Em. W., by her next friend Dawn W., Dl. W., by his next friend Dawn W., Ja. E., by her next friend, Deana H., Je. E, by her next friend Deana H., M. L., by her next friend Deana H., J. C., by his next friend, Monica C., | : : : : : : : : : : : : : : : : : : : |
| | : CIVIL ACTION |
| Plaintiffs, | : : |
| v. | : CASE NO.: 99-CV-73442-DT : |
| Janet Olszewski, In Her Official Capacity as : Director of the State of Michigan : Department of Community Health, Lewis Cass Building, 6th Floor : 320 South Walnut Street, Lansing MI 48933; Paul Reinhart, In His Official Capacity as : Deputy Director of the State of Michigan Medical Services Administration, 400 South Pine, Lansing MI 48933, | : : : : : : : : : : CLASS ACTION : : : |
| Defendants. | : : : |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs and Defendants stipulate and request that the Court enter an order dismissing without prejudice the above-captioned case.

| | |
|---|---|
| ___s/ Richard Berkman_____ | _____s/ Edward Rippey_____ |
| Richard L. Berkman, Esq. | Edward Rippey, Esq. |
| DECHERT LLP | Charles Miller, Esq. |
| Cira Centre, 2929 Arch Street | Theodore Metzler, Esq. |
| Philadelphia, PA  19104 | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue NW |
| ___s/ with permission_____ | Washington, D.C.  20004 |
| Jennifer R. Clarke | |
| PUBLIC INTEREST LAW CENTER | |
| OF PHILADELPHIA | |
| 125 South 9th Street, Suite 700 | |
| Philadelphia, PA  19107 | |

___s/ with permission_____
Marilyn Mullane
MICHIGAN LEGAL SERVICES
900 Michigan Building
220 Bagley Street
Detroit, MI  48226

___s/ with permission_____
Susan McParland
MICHIGAN ASSOCIATION
FOR CHILDREN WITH
EMOTIONAL DISORDERS
30233 Southfield Road, Suite 219
Southfield, MI  48076

*Of Counsel:*
DECHERT LLP
Jane Perkins
Cira Centre, 2929 Arch Street
NATIONAL HEALTH LAW
PROGRAM
(215) 994-2684
211 N. Columbia Street
Chapel Hill, NC  27514

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  August 17, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 17, 2007, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522